In the Matter of the Claim of BRIDGETT TYRELL, Respondent, against RAILWAY EXPRESS AGENCY, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.